An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOYCE DENISE HICKS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62686

FILED

SEP 19 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

In her petition filed on December 4, 2012, appellant claimed that the Nevada Department of Corrections erroneously denied her minimum-custody classification. Appellant's claim challenging her classification was not cognizable in a petition for a writ of habeas corpus filed in state court because this claim challenged the conditions of confinement. *Bowen v. Warden,* 100 Nev. 489, 686 P.2d 250 (1984). To the extent that appellant challenged the computation of time served,

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden,* 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27882

appellant failed to demonstrate that she had not received the proper amount of credits.[2] Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Hon. Elizabeth Goff Gonzalez, District Judge
      Joyce Denise Hicks
      Attorney General/Carson City
      Attorney General/Las Vegas
      Clark County District Attorney
      Eighth District Court Clerk

---

[2]Appellant appeared to claim that due to her classification she was denied the ability to earn additional credits. Appellant did not demonstrate that she was entitled to any additional credits as she was not entitled to receive minimum-custody credits.